Núm. 2.—Colegio de Abogados de P. R., querellante, *v.* Coballes, et als., querellados.—

Junio 1, 1938.

Vista la anterior querella del Colegio de Abogados de Puerto Rico, el artículo 10 de la Ley núm. 43 de mayo 14, 1932 y la resolución de este Tribunal de mayo 20, 1937, notifique el querellante a todos y cada uno de los querellados, con copia de la querella, para que comparezcan en la sala de sesiones del Tribunal Supremo el día 20 del corriente mes, a las 2 p. m., a fin de que muestren causas, si las tuvieren, por virtud de las cuales no se les debe suspender del ejercicio de la profesión de abogados en esta Isla de Puerto Rico por no haber pagado las cuotas fijadas por el artículo 9 de la expresada ley núm. 43 según se alega en la querella.

Núm. 7.—Rivera, Alcalde, etc., aplte. *v.* Asamblea Municipal de Corozal, aplda.— Junio 22, 1938.

Examinados los autos remitidos por la Asamblea Municipal en este caso y encontrando que la prueba que tuvo ante sí la Asamblea si bien revela la comisión de ciertos actos censurables por parte del querellado, no es lo suficientemente clara y precisa para justificar la destitución decretada, se deja sin efecto dicha destitución.

El Juez Asociado Señor De Jesús no intervino.